IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 23-355
ELLIJAH DEANDRE KENNEDY
USM#54714-510

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a CHANGE OF PLEA hearing on November 5, 2024 at 11:00 am before the **Honorable Anita B. Brody** in **Courtroom 7-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Joseph Walton
Courtroom Deputy to J. Brody
Phone: 267.299-7431

Date: 10/15/24

cc via U.S. Mail: Defendant
cc via email: Defense Counsel James Joseph McHugh, Jr.
Assistant U.S. Attorney Kelly M. Harrell
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)